FEBRUARY 4, 1991

No. 90–1091. IN RE JACOBS. Petition for writ of mandamus dismissed under this Court's Rule 46.

FEBRUARY 8, 1991

No. 90–868. ARCHEM, INC. *v.* SIMO. Ct. App. Ind. Certiorari dismissed under this Court's Rule 46. 